ADAMS, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RONNY LEE BLACK, | ) | CASE NO.  5:03CV0660 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| RICHARD GANSHEIMER, Warden, | ) | AND ORDER RE:  DENYING |
| | ) | PETITIONER'S APPLICATION FOR |
| Respondent. | ) | WRIT OF HABEAS CORPUS |
| | ) | |

Ronny Lee Black filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, alleging four grounds for relief which challenge the constitutional sufficiency of his conviction and sentence for one count of grand theft and one count of theft, both in violation of Ohio Rev. Code § 2913.02.

On May 20, 2003, the case was referred to Magistrate Judge William H. Baughman, Jr. for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). *See* Order (Doc. 5).  On February 15, 2006, the Magistrate Judge submitted a Report & Recommendation (Doc. 12) recommending that the petition be denied.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but neither party has filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140

(1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991);

*United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. Ronny Lee Black's Petition for a Writ of Habeas Corpus will be denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).


IT IS SO ORDERED.


  March 28, 2006                              /s/ John R. Adams
Date                                        John R. Adams
                                            U.S. District Judge

2